B1 (Official Form 1)(12/11)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sterling Supply Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2495981** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Roger Samson**<br>**1115 Warren Lane**<br>**Vernon Hills, IL**      ZIP Code **60061** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)            Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sterling Supply Company** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **Roger and Sawn Samson** | Case Number: <br> **12-07835** | Date Filed: <br> **2/29/12** |
|---|---|---|
| District: <br> **Northern District of Illinois Eastern Division** | Relationship: <br> **Owner** | Judge: <br> **A. Benjamin Doldgar** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Sterling Supply Company**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Lester A. Ottenheimer III**
Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III  3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Law Group, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**
Address

**Email: Lottenheimer@olawgroup.com**
**847-520-9400  Fax: 847-520-9410**
Telephone Number

**June 13, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roger Samson**
Signature of Authorized Individual

**Roger Samson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 13, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RETENTION AGREEMENT

*BEFORE THE CASE IS FILED:*

The Debtor Agrees To:

      1.     Discuss with attorney the Debtor's objectives in filing the case.

      2.     Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income

The Attorney Agrees To:

      1.     Personally counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures (as well as non-bankruptcy options) with the debtor and answer the debtor's questions.

      2.     Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees, if any, are determined and paid.

      3.     Personally review with the debtor and sign the completed petition, plan, statements, and scheduled, as well as all amendments thereto, whether filed with the petition or the later.

      4.     Timely prepare and file the debtor's petition, statements, and schedules.

      5.     Explain to the debtor how, when, and where to make all necessary payments, with particular attention to housing and vehicle payments.

      6.     Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED:*

The Debtor Agrees To:

      1.     Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.)

      2.     Notify the attorney of any change in the debtor's address or telephone number.

      3.     Inform the attorney immediately of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

1

4.      Contact the attorney immediately if the debtor loses employment, has a significant change in income or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings or an inheritance).

5.      Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

6.      Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

7.      Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

8.      Supply the attorney with copies of all tax returns filed while the case is pending.

9.      Sign another Retention Agreement after the case is filed.

The Attorney Agrees To:

1.      Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting.

2.      Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3.      Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination).

4.      If the attorney will be employing another attorney to attend the 341 meeting or any other court hearing, personally explain to the debtor, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5.      Timely submit to the Chapter 7 trustee properly documented proof of income, pay advices and required tax returns for the debtor including business reports for self-employed debtors.

6.      Timely respond to objections to plan confirmation and, where necessary, prepare, file and serve an amended plan.

7.      Timely prepare, file and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8.      Be available to respond to the debtor's questions.

9.      Prepare, file and serve timely amendments, if necessary.

2

10.    Object to improper or invalid claims, if necessary.

11.    Timely respond to motions for relief from stay.

12.    Prepare, file, and serve all appropriate motions to avoid liens.

13.    Provide any other legal services necessary for the administration of the case.

Payment of Attorneys' Fees:

1.    For all the services outlined above, the attorney will be paid a fee of $5,000.00 plus $306.00 filing fee.

Prior to signing this agreement, the attorney has received $5,000.00 leaving a balance due of $0.00.

2.    *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3.    *Improper conduct by the attorney.* If the Debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

4.    *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

5.    *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Signed:

_____

Roger Samson for
Sterling Supply Company

_____

Lester A. Ottenheimer, III
Attorney for Debtor(s)

3

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Sterling Supply Company**                                        ,    Case No. _____

                                                    Debtor

                                                            Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 2,772,469.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 2,772,469.64 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Sterling Supply Company**                            ,      Case No. _____

                                            Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Sterling Supply Company**                                    ,   Case No. _____
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Sterling Supply Company**                              ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sterling Supply Company**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Total >     **0.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | |
| | Total (Report on Summary of Schedules) | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Sterling Supply Company**                                                  Case No. _____
                                                                          ,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____  continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Sterling Supply Company**                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
| Account No. **Accurate Industries, Inc. 441 Carpenter Avenue Wheeling, IL 60090** | - | | | | Miscellaneous inventory | | | | 1,950.15 |
| Account No. **AK Industries PO Box 640 Plymouth, IN 46563** | - | | | | Miscellaneous inventroy | | | | 8,406.57 |
| Account No. 3001120 **Allied Waste 551 c/o Credit Mediators Inc. PO Box 456 Upper Darby, PA 19082-0456** | - | | | | Waste Management | | | | 4,127.27 |
| Account No. 3782-617451-54007 **American Express PO Box 0001 Los Angeles, CA 90096-8000** | X - | | | | Inventory Purchase | | | | 140,000.00 |
| __32__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 154,483.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sterling Supply Company**                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim incurred from miscellaneous charges. | | | | |
| **American Express** **PO Box 0001** **Los Angeles, CA 90096** | X | - | | | | | | 24,183.87 |
| Account No. | | | | Inventory Purchase | | | | |
| **American Wall Tie Company** **2211 S. Foster Ave.** **Wheeling, IL 60090** | | - | | | | | | 48.16 |
| Account No. **80107** | | | | Equipment Rental | | | | |
| **Amerigas** **25224 W. Route 30** **PO Box 86** **Plainfield, IL 60544** | | - | | | | | | 675.00 |
| Account No. | | | | Inventory Purchase | | | | |
| **Ames Metal Products Co.** **4323 S. Western Blvd.,** **Chicago, IL 60609** | | - | | | | | | 2,421.88 |
| Account No. **203313** | | | | Insurance | | | | |
| **Associated Indemnity Corp.** **c/o Euler Hermes UMA, Inc.** **600 South 7th Street** **Louisville, KY 40201** | | - | | | | | | 313.20 |

Sheet no. __1__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,642.11

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Automated Services Inc.**<br>**9824 Industrial Dr., Unit F**<br>**Bridgeview, IL 60455** | - | | **Payroll Service** | | | | **250.40** |
| Account No. **0100604137**<br><br>**Avaya Inc.**<br>**c/o ABC/Amega, Inc.**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** | - | | **Telephone Equipment** | | | | **400.96** |
| Account No. **HXJ687**<br><br>**Bank of America**<br>**c/o NCO Financial Systems, Inc.**<br>**Wilmington, DE 19850-7080** | - | | **Bank charges** | | | | **259.25** |
| Account No. **50431980**<br><br>**Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | **Bank of America** | | | | **Notice Only** |
| Account No.<br><br>**Bank of America**<br>**P.O. Bo 372271**<br>**Baltimore, MD 21297** | - | | **Claim incurred from miscellaneous charges.** | | | | **3,833.40** |

Sheet no. __**2**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,744.01**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sterling Supply Company**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Inventory Purchase | | | | |
| Banner Plumbing Supply Co. 7255 Cottage Grove Ave. Chicago, IL 60619 | | | | | | | | 177.29 |
| Account No. | X | | - | Inventory Purchase | | | | |
| Barnett PO Box 404295 Atlanta, GA 30384 | | | | | | | | 23,599.27 |
| Account No. | | | - | Inventory Purchase | | | | |
| Battery Service Corp. 410 S. Evergreen Bensenville, IL 60106 | | | | | | | | 425.00 |
| Account No. | | | - | Inventory Purchase | | | | |
| Black Swan Manufacturing 4540 West Thomas Street Chicago, IL 60651 | | | | | | | | 15,141.01 |
| Account No. **Cust. ID 78592** | | | - | Inventory Purchase | | | | |
| Bornquist, Inc. 7050 N. Leigh Ave. Chicago, IL 60646 | | | | | | | | 375.38 |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 39,717.95 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Inventory Purchase | | | | |
| Bradley Corp. Bin 53066 Milwaukee, WI 53288 | - | | | | | | | | 6,345.11 |
| Account No. | | | | | Inventory Purchase | | | | |
| Brass Craft Dept. 77241 Detroit, MI 48277 | - | | | | | | | | 21.61 |
| Account No. | | | | | Inventory Purchase | | | | |
| CDBH/PAHCS II Dept. 4086 Carol Stream, IL 60122 | - | | | | | | | | 169.00 |
| Account No. | | | | | Inventory Purchase | | | | |
| Champion-Arrowhead LLC Dept. 6643 Los Angeles, CA 90084 | - | | | | | | | | 3,164.12 |
| Account No. | | | | | Inventory Purchase | | | | |
| Chicago Faucet Dept. CH 17941 Palatine, IL 60055 | - | | | | | | | | 5.71 |

| | | |
|---|---|---|
| Sheet no. __4__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,705.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Inventory Purchase | | | | |
| Chicago Heights Furnaces 102 E. 22nd Street Chicago Heights, IL 60411 | - | | | | | | | 1,086.94 |
| Account No. | | | | Leased delivery - truck deficiency | | | | |
| Chicago International Truck 94360 Eagle Way Chicago, IL 60678 | - | | | | | | | 26,442.07 |
| Account No. **Empl. No. 0000739-00000** | | | | Union Pension Fund | | | | |
| Chicago Truck Drivers Helpers Union 6648 S. Narragansett Ave. Chicago, IL 60638 | - | | | | | | | 1,369,331.32 |
| Account No. | | | | | | | | |
| Roetzel & Andress 20 North Clark Street Suite 3200 Chicago, IL 60602 | | | | Chicago Truck Drivers Helpers Union | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Thomas J. Angell Jacobs Burns Orloff & Hernandez 122 S. Michigan, Ste. 1720 Chicago, IL 60603 | | | | Chicago Truck Drivers Helpers Union | | | | **Notice Only** |

Sheet no. __5__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,396,860.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Ending in 0703** | | | - | Claim incurred from miscellaneous charges. | | | | |
| **Citibank AAvantage World Mastercard c/o EIS Collections 2323 Lake Club Drive, Sutie 300 Columbus, OH 43232** | X | | | | | | | 33,395.83 |
| Account No. **xxxx xxxx xxxx 7935** | | | - | Miscellaneous Charges | | | | |
| **Citibusiness Card PO Box 688901 Des Moines, IA 50368** | X | | | | | | | 5,088.76 |
| Account No. **F49341353** | | | | | | | | |
| **Northland Group, Inc. PO Box 390905 Minneapolis, MN 55439** | | | | Citibusiness Card | | | | Notice Only |
| Account No. **10424823** | | | | | | | | |
| **PRO Consulting Services, Inc P.O. Box 66768 Houston, TX 77266-6768** | | | | Citibusiness Card | | | | Notice Only |
| Account No. | | | - | Unpaid Insurance premium | | | | |
| **CM Financial Corporation PO Box 66020 Chicago, IL 60666** | | | | | | | | 80.44 |

| Sheet no. __6__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 38,565.03 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Supply Company**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **33530565-1-29** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | - | | **Miscellaneous utilities** | | | | **1,344.85** |
| Account No. **33530565-1-29** <br><br> **I.C. System, Inc.** <br> **444 Highway 96 East** <br> **P.O. Box 64437** <br> **Saint Paul, MN 55164-0437** | | | **ComEd** | | | | **Notice Only** |
| Account No. **8032160006** <br><br> **COMED-EXELON** <br> **c/o Harris & Harris, Ltd.** <br> **222 Merchandise Mart Plaza, #1900** <br> **Chicago, IL 60654** | - | | **Miscellaneous utilities** | | | | **1,319.72** |
| Account No. <br><br> **Creative Industries** <br> **PO Box 47649** <br> **Chicago, IL 60647** | - | | **Inventory Purchase** | | | | **1,650.00** |
| Account No. <br><br> **Cresline** <br> **600 Cross Pointe Blvd.** <br> **Evansville, IN 47715** | - | | **Inventory Purchase** | | | | **182.93** |

Sheet no. __**7**___ of __**32**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,497.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Supply Company** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Inventory Purchase | | | | |
| Curtis Marketing Corp. Dept. 771007 Detroit, MI 48277 | | - | | | | | | 57,071.07 |
| Account No. | | | | Computer Software | | | | |
| DDI System, LLC 75 Glen Road, Suite 204 Sandy Hook, CT | | - | | | | | | 1,196.00 |
| Account No. | | | | Inventory Purchase - unpaid | | | | |
| Deery-Pardue & Associates 1000 Industrial Drive Bensenville, IL 60106 | | - | | | | | | 923.21 |
| Account No. | | | | Property Taxes | | | | |
| DuPage County Collector PO Box 4203 Carol Stream, IL 60197 | | - | | | | | | 28,408.91 |
| Account No. 43010420-01 | | | | Waste Management | | | | |
| DuPage County Public Works PO Box 4751 Carol Stream, IL 60197-4751 | | - | | | | | | 47.09 |

Sheet no. __8__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,646.28

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Supply Company** _____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **43010420-01** <br><br> **Office of the State's Attorney** <br>**DuPage County Illinois** <br>**503 N. County Farm Road** <br>**Wheaton, IL 60187** | | | | **DuPage County Public Works** | | | | **Notice Only** |
| Account No. <br><br> **Eljer, Inc.** <br>**PO Box 933312** <br>**Atlanta, GA 31193** | | - | | Inventory Purchase | | | | **2,400.00** |
| Account No. <br><br> **Elkhart Products Corp.** <br>**1201 Paysphere Circle** <br>**Chicago, IL 60674** | | - | | Inventory Purchase | | | | **4,075.04** |
| Account No. **24566** <br><br> **Emerson Appliance Solutions** <br>**In-Sink-Erator Division** <br>**PO Box 101409** <br>**Atlanta, GA 30392** | | - | | Miscellaneous purchases | | | | **1.11** |
| Account No. <br><br> **Fernco Inc.** <br>**PO Box 77000** <br>**Detroit, MI 48277** | | - | | Inventory Purchase | | | | **734.39** |

Sheet no. _**9**_ of _**32**_ sheets attached to Schedule of    Subtotal    **7,210.54**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Sterling Supply Company_____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. Firstsource Advantage, LLC PO Box 628 Buffalo, NY 14240-0628 | - | | | | Inventory Purchases | | | | 259.25 |
| Account No. Flowers of Lisle 4728 Main Street Lisle, IL 60532 | - | | | | Miscellaneous corporate charges | | | | 71.83 |
| Account No. Fortune Valve (USA) Corp. 140-6251 Graybar Road Richmond, British Columbia CANADA | - | | | | Inventory Purchase | | | | 2,738.12 |
| Account No. Franke Consumer Products 3215 Payshere Circle Chicago, IL 60674 | - | | | | Inventory Purchase | | | | 3,250.00 |
| Account No. Franklin Electric Co., Inc. 21044 Network Place Chicago, IL 60673 | - | | | | Inventory Purchase | | | | 525.60 |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,844.80

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Freedom Plastics, Inc.**<br>**2812 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Inventory Purchase** | | | | **5,250.00** |
| Account No.<br><br>**Fry Technology/Cookson**<br>**5734 Collections Center**<br>**Chicago, IL 60693** | - | | **Inventory Purchase** | | | | **3,920.00** |
| Account No. 9124489135<br><br>**General Casualty Co.**<br>**c/o Receivable Management Services**<br>**PO Box 3100**<br>**Naperville, IL 60563** | - | | **Unpaid insurance premium** | | | | **2,879.72** |
| Account No. 9124489135<br><br>**General Casualty Insurance Co.**<br>**PO Box 3109**<br>**Milwaukee, WI 53201** | | | **General Casualty Co.** | | | | **Notice Only** |
| Account No. 399228030<br><br>**Slater, Tenaglia, Fritz & Hunt, PA**<br>**P.O. Box 5476**<br>**Mount Laurel, NJ 08054** | | | **General Casualty Co.** | | | | **Notice Only** |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,049.72**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Sterling Supply Company**_____,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Inventory Purchase | | | | |
| Gerber Plumbing Fixtures 3297 Paysphere Circle Chicago, IL 60674 | - | | | | | | | | 7,956.73 |
| Account No. | | | | | Inventory Purchase | | | | |
| Glentronics, Inc. 35298 Eagle Way Chicago, IL 60678 | - | | | | | | | | 6,442.76 |
| Account No. | | | | | Inventory Purchase | | | | |
| Hammond Valve Box 88408 Milwaukee, WI 53288 | - | | | | | | | | 3,314.74 |
| Account No. | | | | | Office supplies | | | | |
| Health Concepts LLC 8085 Randolph St., Suite 3 Hobart, IN 46342 | - | | | | | | | | 138.55 |
| Account No. | | | | | Inventory Purchase | | | | |
| HICO Flex Brass Company 931 West 19th Street Chicago, IL 60608 | - | | | | | | | | 6,439.17 |

Sheet no. __**12**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,291.95

    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                          ,     Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim incurred from miscellaneous purchases. | | | | |
| **Home Depot Dept. 32-2021473685 PO Box 6029 The Lakes, NV 88901** | - | | | | | | 4,653.87 |
| Account No. | | | Inventory Purchase | | | | |
| **Howard's Products Inc. 424 Fort Hill Drive, Suite 111 Naperville, IL 60540** | - | | | | | | 5,390.76 |
| Account No. | | | Inventory Purchase | | | | |
| **Howell Metal Dept. 1200 Dallas, TX 75312** | - | | | | | | 17,985.01 |
| Account No. | | | Claim incurred from miscellaneous purchases. | | | | |
| **HSBC c/o United Recovery System P.O. Box 722929 Houston, TX 77272** | - | | | | | | 17,037.77 |
| Account No. | | | Inventory Purchase | | | | |
| **IPS Corporation PO Box 6070 Boston, MA 02212** | - | | | | | | 1,879.42 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,946.83**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                          ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ITEX Corporation**<br>**3326 160th Ave., SE**<br>**Bellevue, WA 98008** | - | | | **Advertising** | | | | 63.95 |
| Account No. <br><br>**J&M Sales**<br>**129 W. 61st Strett**<br>**Westmont, IL 60559** | - | | | **Inventory Purchase** | | | | 190.62 |
| Account No. <br><br>**JB Products Inc.**<br>**PO Box 71-5009**<br>**Columbus, OH 43271** | - | | | **Inventory Purchase** | | | | 1,372.10 |
| Account No. **PMEG827860400/PMEG828902300** <br><br>**JM Eagle Manufacturing Co., Inc.**<br>**5200 W. Century Blvd.**<br>**Los Angeles, CA 90045** | - | | | **Inventory Purchase** | | | | 39,560.00 |
| Account No. <br><br>**Jomar International**<br>**1427 Momentum Place**<br>**Chicago, IL 60689** | - | | | **Inventory Purchase** | | | | 2,900.00 |

Sheet no. __14__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    44,086.67

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jones Stephens Corp. <br> PO Box 2153 <br> Birmingham, AL 35287 | - | | Inventory Purchase | | | | 8,451.82 |
| Account No. <br><br> Jumbo Manufacturing Co. <br> PO Box 762 <br> Clarks Summit, PA 18411 | - | | Inventory Purchase | | | | 800.00 |
| Account No. **Customer No. 909205** <br><br> Kessler Industries <br> c/o Teller Levit & Silvertrust, PC <br> 11 E. Adams St., Suite 800 <br> Chicago, IL 60603 | - | | Inventory Purchase | | | | 37,766.29 |
| Account No. <br><br> KSD <br> Lockbox 842811 <br> Boston, MA 02284 | | | Kessler Industries | | | | Notice Only |
| Account No. **909205** <br><br> KSD <br> 500 Green Street <br> Woodbridge, NJ 07095 | | | Kessler Industries | | | | Notice Only |

Sheet no. __15__ of __32__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)          47,018.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Inventory Purchase | | | | |
| **Legend Valve & Fitting** **51245 Filomena** **Utica, MI 48315** | | - | | | | | | 1,555.26 |
| Account No. | | | | Inventory Purchase | | | | |
| **Lenox/American Saw** **75 Remittance Dr., Ste. 6145** **Chicago, IL 60675** | | - | | | | | | 2,191.78 |
| Account No. | | | | Deficiency on foreclosed building | | | | |
| **Libertyville Bank & Trust** **507 N. Milwaukee Avenue** **Libertyville, IL 60048** | X | - | | | | | | 660,629.29 |
| Account No. | | | | Inventory Purchase | | | | |
| **LSP Products Group** **PO Box 971440** **Dallas, TX 75397** | | - | | | | | | 1,000.00 |
| Account No. | | | | Insurance | | | | |
| **Lubin-Bergman Organization** **5 Revere Drive, Suite 370** **Northbrook, IL 60062** | | - | | | | | | 1,845.00 |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **667,221.33**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sterling Supply Company**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2369** <br><br> **Matco-Norca** <br> **Dept. 8560** <br> **Los Angeles, CA 90084-8560** | - | | Inventory Purchase | | | | 5,643.28 |
| Account No. **6740891** <br><br> **Nationwide Recovery Services** <br> **2304 Tarpley Drive, #134** <br> **Carrollton, TX 75006** | | | Matco-Norca | | | | Notice Only |
| Account No. <br><br> **Michigan Brass** <br> **17310 Teunis Drive** <br> **Spring Lake, MI 49456** | - | | Inventory Purchase | | | | 806.38 |
| Account No. <br><br> **National** <br> **5 Greenwood Avenue** <br> **Lockport, IL 60441** | - | | Inventory Purchase | | | | 20,312.42 |
| Account No. **0183-134150** <br><br> **Newell Rubbermaid, Inc.** <br> **c/o Diversified Credit Service, Inc** <br> **PO Box 21726** <br> **Cleveland, OH 44121** | - | | Miscellaneous purchases | | | | 663.00 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,425.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nicor** <br> **PO Box 2020** <br> **Aurora, IL 60507-2020** | - | | **Miscellaneous utilities** | | | | 684.79 |
| Account No. **99-89-70-1000-7** <br><br> **Nicor Gas** <br> **c/o Arnold Scott Harris, PC** <br> **222 Merchandise Mart Plaza, #1932** <br> **Chicago, IL 60654** | - | | **Utilities** | | | | 6,298.91 |
| Account No. <br><br> **Nicor Gas** <br> **Attn:  Bankruptcy Department** <br> **PO Box 549** <br> **Aurora, IL 60507** | | | **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **Oatey SCS** <br> **c/o The Chaet Kaplan Baim Firm** <br> **30 North LaSalle Street, Suite 1520** <br> **Chicago, IL 60602** | - | | **Leased delivery** | | | | 19,202.01 |
| Account No. **0599-137794** <br><br> **Diversified Credit Service, Inc.** <br> **P.O. Box 21726** <br> **Cleveland, OH 44121** | | | **Oatey SCS** | | | | **Notice Only** |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,185.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Supply Company**                                              ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Inventory Purchase | | | | |
| Oil Creek Plastics, Inc. PO Box 385 Titusville, PA 16354 | | | | | | | | 1,300.00 |
| Account No. | | - | | Inventory Purchase | | | | |
| Orion Enterprises Dept.l CH17459 Palatine, IL 60055 | | | | | | | | 535.42 |
| Account No.  F52-249455/Cust. No. 249455 | | - | | Miscellaneous purchases | | | | |
| Pentair Residential Filtration c/o Voss Michaels Lee & Assoc. PO Box 1829 Holland, MI 49422 | | | | | | | | 190.62 |
| Account No.  601067SO | O | | | Pentair Residential Filtration | | | | |
| Pentair Residential Filtration 16622 Collections Center Drive Chicago, IL 60693 | | | | | | | | Notice Only |
| Account No. | | - | | | | | | |
| Pier Products, Inc P.O. 411099 Kansas City, MO 64141 | | | | | | | | 15.01 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,041.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **633968** | | | | Postal equipment/supplies | | | | |
| **Pitney Bowes Bank** **c/o Allen, Maxwell & Silver, Inc.** **190 Sylvan Ave.** **Englewood Cliffs, NJ 07632** | - | | | | | | | 821.86 |
| Account No. **Ref. No. 014431025** | | | | Postal equipment/supplies | | | | |
| **Pitney Bowes Bank** **c/o LTD Fomamcoa; Services** **7322 Southwest Freeway, Ste 1600** **Houston, TX 77074** | | | | | | | | 752.97 |
| Account No. **8006323-001** | | | | Postal Equipment/Supplies | | | | |
| **Pitney Bowes Global Financial Svcs.** **c/o Caine & Weiner** **PO Box 5010** **Woodland Hills, CA 91365-5010** | - | | | | | | | 1,572.32 |
| Account No. **8000-9000-1142-9275** | | | | Postal equipment/supplies | | | | |
| **Pitney Bowes Purchase Power** **PO Box 371874** **Pittsburgh, PA 15250** | - | | | | | | | 686.81 |
| Account No. **2172-9601-86-0** | | | | Postal equipment/supplies | | | | |
| **Pitney Bowes, Inc.** **PO Box 371896** **Pittsburgh, PA 15250-7896** | - | | | | | | | 461.32 |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,295.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **405001** <br><br> **Allen Maxwell & Silver, Inc.** <br> **190 Sylvan Avenue** <br> **Englewood Cliffs, NJ 07632** | | | | | **Pitney Bowes, Inc.** | | | | **Notice Only** |
| Account No. **Ref. No. 014360103** <br><br> **Pitney Powes Global Financial** <br> **c/o LTD Financial Services, LP** <br> **7322 Southwest Freeway, Suite 1600** <br> **Houston, TX 77074** | | - | | | **Postal Equipment/Supplies** | | | | **1,362.58** |
| Account No. **8006323-001** <br><br> **Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | | | | | **Pitney Powes Global Financial** | | | | **Notice Only** |
| Account No. **Ref. No. 113796** <br><br> **Plumberex Specialty Products, Inc.** <br> **c/o James Stevens & Daniels** <br> **1283 College Park Drive** <br> **Dover, DE 19904-8713** | | - | | | **Miscellaneous Supplies** | | | | **2,182.66** |
| Account No. <br><br> **Precision Plumbing Products** <br> **6807 NE 79th Court** <br> **Portland, OR 97218** | | - | | | **Inventory Purchase** | | | | **3,900.00** |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **7,445.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **914000518** | | | **Office Equipment** | | | | |
| **Premier General Business c/o PRO Consulting Services, Inc. PO Box 66768 Houston, TX 77266** | - | | | | | | 438.84 |
| Account No. | | | **Miscellaneous products** | | | | |
| **Prier Products Inc. PO Box 411099 Kansas City, MO 64141** | - | | | | | | 15.01 |
| Account No. | | | **Inventory Purchase** | | | | |
| **Primary Steel, LLC c/o NC Receivables Corp. 500 Colonia Cener Parkway Roswell, GA 30076** | - | | | | | | 6,450.00 |
| Account No. **N75427-1 KAM** | | | **Insurance** | | | | |
| **Principal Life Group c/o Receivable Management Services 1250 E. Diehl Road, Ste. 300 Naperville, IL 60563** | - | | | | | | 248.03 |
| Account No. | | | | | | | |
| **Principal Life Group PO Box 14513 Des Moines, IA 50306** | | | **Principal Life Group** | | | | **Notice Only** |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,151.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Inventory Purchase | | | | |
| Production Products PO Box 7348 Buffalo Grove, IL 60089 | - | | | | | | | 107.55 |
| Account No. | | | | Inventory Purchase | | | | |
| Rockford Sanitary Systems PO Box 5963 Rockford, IL 61125 | - | | | | | | | 5,651.52 |
| Account No. | | | | Union Payments | | | | |
| Ron Page c/o Chgo Truck Drivers, et al Union 6648 S. Narragansett Chicago, IL 60638 | - | | | | | | | 1,916.64 |
| Account No. 101127 | | | | Uniforms | | | | |
| Roscoe Company c/o Stein & Rotman 105 W. Madison St. Chicago, IL 60602 | - | | | | | | | 8,940.29 |
| Account No. | | | | | | | | |
| Roscoe Company P.O. Box 4804 Chicago, IL 60680 | | | | Roscoe Company | | | | Notice Only |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,616.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                      ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roscoe Company**<br>**3535 W. Harrison Street**<br>**Chicago, IL 60624-3798** | | | **Roscoe Company** | | | | **Notice Only** |
| Account No.<br><br>**Rothenberger USA, LLC**<br>**088254 Expedite Way**<br>**Chicago, IL 60695** | | - | **Inventory Purchase** | | | | **425.36** |
| Account No.<br><br>**RTC Supply**<br>**5125 Thatcher Road**<br>**Downers Grove, IL 60515** | | - | **Inventory Purchase** | | | | **610.64** |
| Account No.<br><br>**S.K. Culver Co.**<br>**487 Thomas Drive**<br>**Bensenville, IL 60106** | | - | **Inventory Purchase** | | | | **1,955.00** |
| Account No.<br><br>**Sea-Rich Corporation**<br>**3212 W. Lake Street**<br>**Chicago, IL 60624** | | - | **Office supplies** | | | | **860.00** |

| | | |
|---|---|---|
| Sheet no. __24__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **3,851.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Sterling Supply Company** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Second City Computers Inc.**<br>**328 S. Jefferson, #300**<br>**Chicago, IL 60661** | - | | **Computer Hardware** | | | | 1,800.00 |
| Account No.<br><br>**Sloan Valve Company**<br>**9134 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Inventory Purchase** | | | | 485.37 |
| Account No.<br><br>**Southeastern Rubber Co.**<br>**PO Box 1 Community Road**<br>**Felton, GA 30140** | - | | **Inventory Purchase** | | | | 1,350.00 |
| Account No. **914000518**<br><br>**Sprint**<br>**RMS**<br>**1000 Cir. 75 Parkway, Ste. 400**<br>**Atlanta, GA 30339** | - | | **Miscellaneous phone services** | | | | 438.84 |
| Account No. **91400518**<br><br>**North Shore Agency**<br>**4000 East Fifth Avenue**<br>**Columbus, OH 43219** | | | **Sprint** | | | | **Notice Only** |

Sheet no. __25__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,074.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                                    ,        Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10412883** <br><br> **PRO Consulting Services, Inc.** <br> **P.O. Box 66510** <br> **Houston, TX 77266-6510** | | | **Sprint** | | | | **Notice Only** |
| Account No. <br><br> **Sprint** <br> **P.O. Box 4181** <br> **Carol Stream, IL 60197** | | | **Sprint** | | | | **Notice Only** |
| Account No. **517816191208** <br><br> **Staples Credit Plan** <br> **PO Box 8025** <br> **Layton, UT 84041** | - | | **Office supplies** | | | | **121.14** |
| Account No. <br><br> **Staples Credit Plan** <br> **P.O. Box 689020** <br> **Des Moines, IA 50368** | | | **Staples Credit Plan** | | | | **Notice Only** |
| Account No. <br><br> **Sweeney & Company** <br> **5215 Old Orchard Road** <br> **Skokie, IL 60077** | - | | **Tax preparation** | | | | **899.00** |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,020.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | Inventory Purchase | | | | |
| **Symmons Industries, Inc.** **PO Box 3342** **Boston, MA 02241** | | | | | | | | | 43.56 |
| Account No. **10-1047** | | | - | | Inventory Purchase | | | | |
| **T&S Brass and Bronze Works, Inc.** **c/o Catherine Elliott-Dunne** **PO Box 10371** **Chicago, IL 60610-0371** | | | | | | | | | 7,380.46 |
| Account No. | | | | | **T&S Brass and Bronze Works, Inc.** | | | | Notice Only |
| **T&S Brass & Bronze Works** **P.O. Box 601161** **Charlotte, NC 28260** | | | | | | | | | |
| Account No. | | | - | | Inventory Purchase | | | | |
| **T. Matera & Associates** **5509 Belmont Road** **Downers Grove, IL 60515** | | | | | | | | | 50.00 |
| Account No. **Trust No. 1644** | | | - | | Service Fee | | | | |
| **The Chicago Trust Co.** **440 Lake Street** **Antioch, IL 60002** | | | | | | | | | 85.00 |

Sheet no. __27__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,559.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Inventory Purchases | | | | |
| The Home Depot/Citibank c/o Northland Group Inc. PO Box 390905 Minneapolis, MN 55439 | - | | | | | | | 4,653.87 |
| Account No. | | | | Uniforms | | | | |
| The Roscoe Company c/o Stein & Rosman 105 W. Madison Street Chicago, IL 60602-4672 | - | | | | | | | 8,940.29 |
| Account No. | | | | Inventory Purchase | | | | |
| Toto Kiki USA, Inc. PO Box 101388 Atlanta, GA 30392 | - | | | | | | | 3,243.03 |
| Account No. | | | | Assets Management | | | | |
| Travelers c/o Libsco Financial Group, LLC 5 Revere Drive, Suite 370 Northbrook, IL 60062 | - | | | | | | | 538.00 |
| Account No. | | | | Inventory Purchase | | | | |
| Ultimate Plumbing Supply 305 N. Eric Palatine, IL 60067 | - | | | | | | | 2,694.79 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,069.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sterling Supply Company**                                    ,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **789361** <br><br> **UPS, Inc.** <br> **c/o Baker, Govern & Baker** <br> **7771 W. Oakland Pk Blvd., Ste. 240** <br> **Fort Lauderdale, FL 33351** | - | | | **Shipping** | | | | **240.51** |
| Account No. <br><br> **RMS** <br> **240 Emery Street** <br> **Lehigh Valley, PA 18002** | | | | **UPS, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132** | | | | **UPS, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Verizon Wireless** <br> **Po Box 25505** <br> **Lehigh Valley, PA 18002-5505** | - | | | **Miscellaneous telephone service** | | | | **535.52** |
| Account No. **13970414** <br><br> **Sunrise Credit Services, Inc.** <br> **P.O. Box 9100** <br> **Farmingdale, NY 11735-9100** | | | | **Verizon Wireless** | | | | **Notice Only** |

Sheet no. __**29**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**776.03**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sterling Supply Company**                                              ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 06861288190001<br><br>**Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505** | | - | | **Cellular phone** | | | | **476.59** |
| Account No. 865359<br><br>**Vantage<br>P.O. Box 6786<br>Dothan, AL 36302** | | | | **Verizon Wireless** | | | | **Notice Only** |
| Account No.<br><br>**Veterans Messenger Service<br>PO Box 66973<br>Slot 302141<br>Chicago, IL 60666** | | - | | **Shipping charges** | | | | **45.05** |
| Account No. 131060001<br><br>**Village of Lisle<br>925 Burlington Ave.<br>Lisle, IL 60532-1838** | | - | | **Water/Refuse** | | | | **43.88** |
| Account No.<br><br>**Wayne Hummer Trust Co.<br>50 Commerce Drive<br>Grayslake, IL 60030** | | - | | **Miscellaneous fees** | | | | **75.00** |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**640.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sterling Supply Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 0414002563526 | | | | | Fuel/Delivery Costs | | | | |
| Wex Fleet Fueling c/o Receivable Management Corp. 400 West Cummings Park, Ste 4450 Woburn, MA 01801 | - | | | | | | | | 4,367.31 |
| Account No. | | | | | Inventory Purchase | | | | |
| William F. Meyer Company PO Box 37 Aurora, IL 60507 | - | | | | | | | | 52.86 |
| Account No. | | | | | Inventory Purchase | | | | |
| William H. Harvey Co. PO Box 74697 Cleveland, OH 44194 | - | | | | | | | | 6,400.00 |
| Account No. 6900460414002563526 | | | | | Fuel/Gas | | | | |
| Wright Express c/o PRO Consulting Svcs Collection PO Box 66510 Houston, TX 77266-6510 | - | | | | | | | | 4,367.31 |
| Account No. 350581-8 | | | | | | | | | |
| RMC 400 West Cummings Park, Ste. 4450 Woburn, MA 01801 | | | | | Wright Express | | | | Notice Only |

Sheet no. _**31**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15,187.48**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sterling Supply Company** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Wright Express** P.O. Box 66510 Houston, TX 77266 | | | | Wright Express | | | | Notice Only |
| Account No. **004000000007756** **XO Communications** c/o Access Receivables Management PO Box 9801 Baltimore, MD 21284-9801 | - | | | Inventory Purchase | | | | 3,038.83 |
| Account No. **XO Communications** 14239 Collections Center Chicago, IL 60693 | | | | XO Communications | | | | Notice Only |
| Account No. **Zoeller Company** Dept. 8036 Carol Stream, IL 60122 | - | | | Inventory Purchase | | | | 1,964.14 |
| Account No. **Zurn Industries, LLC** Dept. CH 14262 Palatine, IL 60055 | - | | | Inventory Purchase | | | | 3,595.35 |

| | | |
|---|---|---|
| Sheet no. __32__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,598.32 |
| | Total (Report on Summary of Schedules) | 2,772,469.64 |

B6G (Official Form 6G) (12/07)

.

In re    **Sterling Supply Company**                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Sterling Supply Company**                                    , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roger Samson** | **Barnett**<br>**PO Box 404295**<br>**Atlanta, GA 30384** |
| **Roger Samson** | **Citibank AAvantage World Mastercard**<br>**c/o EIS Collections**<br>**2323 Lake Club Drive, Sutie 300**<br>**Columbus, OH 43232** |
| **Roger Samson** | **Citibusiness Card**<br>**PO Box 688901**<br>**Des Moines, IA 50368** |
| **Roger Samson** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **Roger Samson** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Roger Samson** | **Libertyville Bank & Trust**<br>**507 N. Milwaukee Avenue**<br>**Libertyville, IL 60048** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                     Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Sterling Supply Company**

Debtor(s)

Case No.

Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **43**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 13, 2012**

Signature  **/s/ Roger Samson**

**Roger Samson**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Sterling Supply Company__                  Case No. _____

                          Debtor(s)            Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2012 YTD: |
| $0.00 | 2011: |
| $0.00 | 2010: |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None □

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bank of Libertyville** | | **Secured all assets pursuant to a security agreement of the Debtor on or about May, 2010.** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **See #4** | | |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Ottenheimer Rosenbloom**<br>**750 Lake Cook Road, #140**<br>**Buffalo Grove, IL 60089** | | **$5,000.00 - no adversary proceedings.** |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Libertyville Bank & Trust** | **Checking Account** | |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                         STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Mitch Lerman**<br>**Northbrook, IL 60062** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| **Mitch Lerman**<br>**Northbrook, IL 60062** | |

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Roger Samson**<br>**4900 S. Lincoln Ave.**<br>**Lisle, IL 60532** | | **77%** |
| **Dawn Samson**<br>**4900 S. Lincoln Avenue**<br>**Lisle, IL 60532** | | **3.74498%** |
| **Ashley Ahr**<br>**37 S. Parliament Way**<br>**Mundelein, IL 60060** | | **3.2128%** |
| **Joseph Ahr**<br>**37 S. Parliament Way**<br>**Mundelein, IL 60060** | | **2.4548%** |
| **Amanda Samson**<br>**4900 S. Lincoln Avenue**<br>**Lisle, IL 60532** | | **3.2128%** |
| **Zachary Samson**<br>**4900 S. Lincoln Avenue**<br>**Lisle, IL 60532** | | **3.2128%** |
| **Benjamin Samson**<br>**4900 S. Lincoln Avenue**<br>**Lisle, IL 60532** | | **3.2128%** |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **June 13, 2012**                    Signature    **/s/ Roger Samson**

                                                                    **Roger Samson**
                                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Sterling Supply Company** _____   Case No. _____
                                                   Debtor(s)            Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 13, 2012** _____        **/s/ Lester A. Ottenheimer III** _____
                                                           **Lester A. Ottenheimer III 3127572**
                                                           **Ottenheimer Law Group, LLC**
                                                           **750 Lake Cook Road**
                                                           **Suite 140**
                                                           **Buffalo Grove, IL 60089**
                                                           **847-520-9400  Fax: 847-520-9410**
                                                           **Lottenheimer@olawgroup.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sterling Supply Company**                                          Case No.
                                    Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **165**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:    **June 13, 2012**                              **/s/ Roger Samson**
                                                        **Roger Samson/President**
                                                        Signer/Title

Accurate Industries, Inc.
441 Carpenter Avenue
Wheeling, IL 60090


AK Industries
PO Box 640
Plymouth, IN 46563


Allen Maxwell & Silver, Inc.
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Allied Waste 551
c/o Credit Mediators Inc.
PO Box 456
Upper Darby, PA 19082-0456


American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Express
PO Box 0001
Los Angeles, CA 90096


American Wall Tie Company
2211 S. Foster Ave.
Wheeling, IL 60090


Amerigas
25224 W. Route 30
PO Box 86
Plainfield, IL 60544


Ames Metal Products Co.
4323 S. Western Blvd.,
Chicago, IL 60609


Associated Indemnity Corp.
c/o Euler Hermes UMA, Inc.
600 South 7th Street
Louisville, KY 40201

Automated Services Inc.
9824 Industrial Dr., Unit F
Bridgeview, IL 60455


Avaya Inc.
c/o ABC/Amega, Inc.
1100 Main Street
Buffalo, NY 14209-2356


Bank of America
c/o NCO Financial Systems, Inc.
Wilmington, DE 19850-7080


Bank of America
P.O. Bo 372271
Baltimore, MD 21297


Banner Plumbing Supply Co.
7255 Cottage Grove Ave.
Chicago, IL 60619


Barnett
PO Box 404295
Atlanta, GA 30384


Battery Service Corp.
410 S. Evergreen
Bensenville, IL 60106


Black Swan Manufacturing
4540 West Thomas Street
Chicago, IL 60651


Bornquist, Inc.
7050 N. Leigh Ave.
Chicago, IL 60646


Bradley Corp.
Bin 53066
Milwaukee, WI 53288


Brass Craft
Dept. 77241
Detroit, MI 48277

Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


CDBH/PAHCS II
Dept. 4086
Carol Stream, IL 60122


Champion-Arrowhead LLC
Dept. 6643
Los Angeles, CA 90084


Chicago Faucet
Dept. CH 17941
Palatine, IL 60055


Chicago Heights Furnaces
102 E. 22nd Street
Chicago Heights, IL 60411


Chicago International Truck
94360 Eagle Way
Chicago, IL 60678


Chicago Truck Drivers Helpers Union
6648 S. Narragansett Ave.
Chicago, IL 60638


Citibank AAvantage World Mastercard
c/o EIS Collections
2323 Lake Club Drive, Sutie 300
Columbus, OH 43232


Citibusiness Card
PO Box 688901
Des Moines, IA 50368


CM Financial Corporation
PO Box 66020
Chicago, IL 60666


ComEd
PO Box 6111
Carol Stream, IL 60197

COMED-EXELON
c/o Harris & Harris, Ltd.
222 Merchandise Mart Plaza, #1900
Chicago, IL 60654


Creative Industries
PO Box 47649
Chicago, IL 60647


Cresline
600 Cross Pointe Blvd.
Evansville, IN 47715


Curtis Marketing Corp.
Dept. 771007
Detroit, MI 48277


DDI System, LLC
75 Glen Road, Suite 204
Sandy Hook, CT


Deery-Pardue & Associates
1000 Industrial Drive
Bensenville, IL 60106


Diversified Credit Service, Inc.
P.O. Box 21726
Cleveland, OH 44121


DuPage County Collector
PO Box 4203
Carol Stream, IL 60197


DuPage County Public Works
PO Box 4751
Carol Stream, IL 60197-4751


Eljer, Inc.
PO Box 933312
Atlanta, GA 31193


Elkhart Products Corp.
1201 Paysphere Circle
Chicago, IL 60674

Emerson Appliance Solutions
In-Sink-Erator Division
PO Box 101409
Atlanta, GA 30392


Fernco Inc.
PO Box 77000
Detroit, MI 48277


Firstsource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Flowers of Lisle
4728 Main Street
Lisle, IL 60532


Fortune Valve (USA) Corp.
140-6251 Graybar Road
Richmond, British Columbia
CANADA


Franke Consumer Products
3215 Payshere Circle
Chicago, IL 60674


Franklin Electric Co., Inc.
21044 Network Place
Chicago, IL 60673


Freedom Plastics, Inc.
2812 Paysphere Circle
Chicago, IL 60674


Fry Technology/Cookson
5734 Collections Center
Chicago, IL 60693

General Casualty Co.
c/o Receivable Management Services
PO Box 3100
Naperville, IL 60563


General Casualty Insurance Co.
PO Box 3109
Milwaukee, WI 53201


Gerber Plumbing Fixtures
3297 Paysphere Circle
Chicago, IL 60674


Glentronics, Inc.
35298 Eagle Way
Chicago, IL 60678


Hammond Valve
Box 88408
Milwaukee, WI 53288


Health Concepts LLC
8085 Randolph St., Suite 3
Hobart, IN 46342


HICO Flex Brass Company
931 West 19th Street
Chicago, IL 60608


Home Depot
Dept. 32-2021473685
PO Box 6029
The Lakes, NV 88901


Howard's Products Inc.
424 Fort Hill Drive, Suite 111
Naperville, IL 60540


Howell Metal
Dept. 1200
Dallas, TX 75312

HSBC
c/o United Recovery System
P.O. Box 722929
Houston, TX 77272


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


IPS Corporation
PO Box 6070
Boston, MA 02212


ITEX Corporation
3326 160th Ave., SE
Bellevue, WA 98008


J&M Sales
129 W. 61st Strett
Westmont, IL 60559


JB Products Inc.
PO Box 71-5009
Columbus, OH 43271


JM Eagle Manufacturing Co., Inc.
5200 W. Century Blvd.
Los Angeles, CA 90045


Jomar International
1427 Momentum Place
Chicago, IL 60689


Jones Stephens Corp.
PO Box 2153
Birmingham, AL 35287


Jumbo Manufacturing Co.
PO Box 762
Clarks Summit, PA 18411

Kessler Industries
c/o Teller Levit & Silvertrust, PC
11 E. Adams St., Suite 800
Chicago, IL 60603


KSD
Lockbox 842811
Boston, MA 02284


KSD
500 Green Street
Woodbridge, NJ 07095


Legend Valve & Fitting
51245 Filomena
Utica, MI 48315


Lenox/American Saw
75 Remittance Dr., Ste. 6145
Chicago, IL 60675


Libertyville Bank & Trust
507 N. Milwaukee Avenue
Libertyville, IL 60048


LSP Products Group
PO Box 971440
Dallas, TX 75397


Lubin-Bergman Organization
5 Revere Drive, Suite 370
Northbrook, IL 60062


Matco-Norca
Dept. 8560
Los Angeles, CA 90084-8560


Michigan Brass
17310 Teunis Drive
Spring Lake, MI 49456


National
5 Greenwood Avenue
Lockport, IL 60441

Nationwide Recovery Services
2304 Tarpley Drive, #134
Carrollton, TX 75006


Newell Rubbermaid, Inc.
c/o Diversified Credit Service, Inc
PO Box 21726
Cleveland, OH 44121


Nicor
PO Box 2020
Aurora, IL 60507-2020


Nicor Gas
c/o Arnold Scott Harris, PC
222 Merchandise Mart Plaza, #1932
Chicago, IL 60654


Nicor Gas
Attn: Bankruptcy Department
PO Box 549
Aurora, IL 60507


North Shore Agency
4000 East Fifth Avenue
Columbus, OH 43219


Northland Group, Inc.
PO Box 390905
Minneapolis, MN 55439


Oatey SCS
c/o The Chaet Kaplan Baim Firm
30 North LaSalle Street, Suite 1520
Chicago, IL 60602


Office of the State's Attorney
DuPage County Illinois
503 N. County Farm Road
Wheaton, IL 60187


Oil Creek Plastics, Inc.
PO Box 385
Titusville, PA 16354

Orion Enterprises
Dept.l CH17459
Palatine, IL 60055

Pentair Residential Filtration
c/o Voss Michaels Lee & Assoc.
PO Box 1829
Holland, MI 49422

Pentair Residential Filtration
16622 Collections Center Drive
Chicago, IL 60693

Pier Products, Inc
P.O. 411099
Kansas City, MO 64141

Pitney Bowes Bank
c/o Allen, Maxwell & Silver, Inc.
190 Sylvan Ave.
Englewood Cliffs, NJ 07632

Pitney Bowes Bank
c/o LTD Fomamcoa; Services
7322 Southwest Freeway, Ste 1600
Houston, TX 77074

Pitney Bowes Global Financial Svcs.
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250

Pitney Bowes, Inc.
PO Box 371896
Pittsburgh, PA 15250-7896

Pitney Powes Global Financial
c/o LTD Financial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Plumberex Specialty Products, Inc.
c/o James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713


Precision Plumbing Products
6807 NE 79th Court
Portland, OR 97218


Premier General Business
c/o PRO Consulting Services, Inc.
PO Box 66768
Houston, TX 77266


Prier Products Inc.
PO Box 411099
Kansas City, MO 64141


Primary Steel, LLC
c/o NC Receivables Corp.
500 Colonia Cener Parkway
Roswell, GA 30076


Principal Life Group
c/o Receivable Management Services
1250 E. Diehl Road, Ste. 300
Naperville, IL 60563


Principal Life Group
PO Box 14513
Des Moines, IA 50306


PRO Consulting Services, Inc
P.O. Box 66768
Houston, TX 77266-6768


PRO Consulting Services, Inc.
P.O. Box 66510
Houston, TX 77266-6510


Production Products
PO Box 7348
Buffalo Grove, IL 60089

RMC
400 West Cummings Park, Ste. 4450
Woburn, MA 01801


RMS
240 Emery Street
Lehigh Valley, PA 18002


Rockford Sanitary Systems
PO Box 5963
Rockford, IL 61125


Roetzel & Andress
20 North Clark Street
Suite 3200
Chicago, IL 60602


Roger Samson


Ron Page
c/o Chgo Truck Drivers, et al Union
6648 S. Narragansett
Chicago, IL 60638


Roscoe Company
c/o Stein & Rotman
105 W. Madison St.
Chicago, IL 60602


Roscoe Company
P.O. Box 4804
Chicago, IL 60680


Roscoe Company
3535 W. Harrison Street
Chicago, IL 60624-3798


Rothenberger USA, LLC
088254 Expedite Way
Chicago, IL 60695


RTC Supply
5125 Thatcher Road
Downers Grove, IL 60515

S.K. Culver Co.
487 Thomas Drive
Bensenville, IL 60106


Sea-Rich Corporation
3212 W. Lake Street
Chicago, IL 60624


Second City Computers Inc.
328 S. Jefferson, #300
Chicago, IL 60661


Slater, Tenaglia, Fritz & Hunt, PA
P.O. Box 5476
Mount Laurel, NJ 08054


Sloan Valve Company
9134 Paysphere Circle
Chicago, IL 60674


Southeastern Rubber Co.
PO Box 1 Community Road
Felton, GA 30140


Sprint
RMS
1000 Cir. 75 Parkway, Ste. 400
Atlanta, GA 30339


Sprint
P.O. Box 4181
Carol Stream, IL 60197


Staples Credit Plan
PO Box 8025
Layton, UT 84041


Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100

Sweeney & Company
5215 Old Orchard Road
Skokie, IL 60077


Symmons Industries, Inc.
PO Box 3342
Boston, MA 02241


T&S Brass & Bronze Works
P.O. Box 601161
Charlotte, NC 28260


T&S Brass and Bronze Works, Inc.
c/o Catherine Elliott-Dunne
PO Box 10371
Chicago, IL 60610-0371


T. Matera & Associates
5509 Belmont Road
Downers Grove, IL 60515


The Chicago Trust Co.
440 Lake Street
Antioch, IL 60002


The Home Depot/Citibank
c/o Northland Group Inc.
PO Box 390905
Minneapolis, MN 55439


The Roscoe Company
c/o Stein & Rosman
105 W. Madison Street
Chicago, IL 60602-4672


Thomas J. Angell
Jacobs Burns Orloff & Hernandez
122 S. Michigan, Ste. 1720
Chicago, IL 60603


Toto Kiki USA, Inc.
PO Box 101388
Atlanta, GA 30392

Travelers
c/o Libsco Financial Group, LLC
5 Revere Drive, Suite 370
Northbrook, IL 60062


Ultimate Plumbing Supply
305 N. Eric
Palatine, IL 60067


UPS
Lockbox 577
Carol Stream, IL 60132


UPS, Inc.
c/o Baker, Govern & Baker
7771 W. Oakland Pk Blvd., Ste. 240
Fort Lauderdale, FL 33351


Vantage
P.O. Box 6786
Dothan, AL 36302


Verizon Wireless
Po Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Veterans Messenger Service
PO Box 66973
Slot 302141
Chicago, IL 60666


Village of Lisle
925 Burlington Ave.
Lisle, IL 60532-1838


Wayne Hummer Trust Co.
50 Commerce Drive
Grayslake, IL 60030

Wex Fleet Fueling
c/o Receivable Management Corp.
400 West Cummings Park, Ste 4450
Woburn, MA 01801


William F. Meyer Company
PO Box 37
Aurora, IL 60507


William H. Harvey Co.
PO Box 74697
Cleveland, OH 44194


Wright Express
c/o PRO Consulting Svcs Collection
PO Box 66510
Houston, TX 77266-6510


Wright Express
P.O. Box 66510
Houston, TX 77266


XO Communications
c/o Access Receivables Management
PO Box 9801
Baltimore, MD 21284-9801


XO Communications
14239 Collections Center
Chicago, IL 60693


Zoeller Company
Dept. 8036
Carol Stream, IL 60122


Zurn Industries, LLC
Dept. CH 14262
Palatine, IL 60055

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sterling Supply Company**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sterling Supply Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 13, 2012**

Date

**/s/ Lester A. Ottenheimer III**

**Lester A. Ottenheimer III 3127572**

Signature of Attorney or Litigant

Counsel for   **Sterling Supply Company**

**Ottenheimer Law Group, LLC**
**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**
**847-520-9400 Fax:847-520-9410**
**Lottenheimer@olawgroup.com**